FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2012 AUG 10  AM 11:29

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO T. CONEY,                )
                                 )
    Plaintiff,                   )
                                 )
v.                               )   CASE NO. CV412-081
                                 )
STATE OF GEORGIA; MARCUS         )
TUCKER, Attorney; SPENCER        )
LAWTON, District Attorney;       )
JUDGE MIKE KARF;                 )
                                 )
    Defendants.                  )
                                 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA