FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2012 AUG 10 AM 11: 29
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTONIO T. CONEY,

    Plaintiff,

v.

    CASE NO. CV412-081

STATE OF GEORGIA; MARCUS TUCKER, Attorney; SPENCER LAWTON, District Attorney; JUDGE MIKE KARF;

    Defendants.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 16), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of August 2012.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA